CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 17 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| PATRICIA A. COLEMAN, | ) |
| Plaintiff, | ) Case No. 4:17-cv-00058 |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, | ) By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) Senior United States District Judge |
| Defendant. | ) |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I deny the Commissioner's Motion for Summary Judgment, reverse the Commissioner's final decision, and remand this case for further administrative proceedings. The R&R was filed on January 2, 2019, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 25] shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment[1] [ECF No. 22] is **GRANTED**, the Commissioner's Motion for Summary Judgment [ECF No. 23] is **DENIED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

ENTERED this 17th day of January, 2019.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff did not file a "motion," I construe her brief as a request for summary judgment.